UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY D. STUART,<br><br>　　　　Petitioner,<br><br>　v.<br><br>ROB ST. ANDRE,<br><br>　　　　Respondent. | No. 2:24-cv-3157 DAD CKD P<br><br><br>ORDER |

Petitioner has informed the court that his present custodian (warden at his place of incarceration) is Kimberly Thornton. Under Rule 2 of the Rules Governing Section 2254 Cases, the appropriate respondent in a 28 U.S.C. § 2254 action such as this is the custodian of the petitioner. Good cause appearing, petitioner's motion to change the name of the respondent in this action (ECF No. 15) is GRANTED. The Clerk of the Court is directed to change the name of the respondent to Kimberly Thornton.

Dated: October 31, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
stua3157.100